IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLAN K. MARSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, | : | |
| INC. and JOHN GING | : | NO. 09-307 |

ORDER

AND NOW, this 30th day of November 2009, upon consideration of Defendants' Motion for Summary Judgment, and the response thereto,

IT IS hereby ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART as follows:

1. The claim under the Fair Debt Collection Practices Act and that claim is DISMISSED WITH PREJUDICE.

2. The "state act" claim is DISMISSED WITHOUT PREJUDICE.

3. The motion for sanctions is DENIED.

4. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,     Sr. J.